IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF ARIEL MUNOZ GARCIA, et al., | No. 14-2840 RS |
| Plaintiffs, | **REFERRAL FOR PURPOSE OF DETERMINING RELATED CASE** |
| v. | |
| TOP CAT AIR TOOLS, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward Chen for consideration of whether the case is related to case 14-cv-2780-EMC.

IT IS SO ORDERED.

Dated: August 7, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE