RUVALCABA ROMERO
LAWYERS
1082 East Meta Street
VENTURA, CALIFORNIA 93001
TEL. (805) 233-3273
FAX. (805) 275-1061

(SPACE BELOW FOR FILING STAMP ONLY)

SANDRA R. ROMERO, State Bar No. 253275

Attorney for Plaintiffs Estate of Ariel Munoz Garcia, Joceline Betzabec Galvan Reyes, Uziel Ernesto Munoz Galvan and Ariel Enrique Munoz Galvan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IDALIA LOPEZ, et al.,<br>Plaintiffs,<br>vs.<br>UNITED ABRASIVES, INC, et al.<br>Defendants.<br>_______________/<br>ESTATE OF ARIEL MUNOZ GARCIA, et. al.,<br>Plaintiffs,<br>vs.<br>TOP CAT AIR TOOLS, et al.<br>Defendants. | Case Number 14-cv-02780-EMC<br>(Consolidated case: C14-2840 EMC)<br><br>STIPULATION AND ORDER RE AMENDMENT TO COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties, through their respective attornesy of record that Doe 1 is defendant United Abrasive, Inc. in plaintiffs Estate of Ariel Munoz Garcia, Joceline Betzabec Galvan Reyes, Uziel Ernesto Munoz Galvan and Ariel Enrique Munoz Galvan's complaint.

1

STIPULATION AND ORDER RE AMENDMENT TO COMPLAINT

Idalia Lopez, et al. v. United Abrasives, et al.
14-cv-02780-EMC

DATED: 9-22, 2014

ARCHER NORRIS

WILLIAM STAPLES
Attorneys for Defendant
UNITED ABRASIVES, INC.

DATED: ____________, 2014

ERICKSEN ARBUTHNOT

VON RYAN REYES
NATHANIEL R. LUCEY
Attorneys for Defendant
T.C. SERVICE COMPANY, INC DBA
TOP CAT AIR TOOLS

DATED: Sept. 22, 2014

RUVALCABA | ROMERO

SANDRA ROMERO
Attorneys for Plaintiffs
JOCELINE BETZABEC GALVAN REYES
ET. AL.

DATED: ____________, 2014

LAW OFFICES OF FERNANDO F. CHAVEZ

FERNANDO F. CHAVEZ
Attorneys for Plaintiffs
IDALIA LOPEZ ET. AL.

**ORDER**

**IT IS SO ORDERED.**

DATED: 10/27, 2014

U.S. D

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

DATED: 9/22, 2014

ARCHER NORRIS

WILLIAM STAPLES
Attorneys for Defendant
UNITED ABRASIVES, INC.

DATED: ________, 2014

ERICKSEN ARBUTHNOT

VON RYAN REYES
NATHANIEL R. LUCEY
Attorneys for Defendant
T.C. SERVICE COMPANY, INC DBA
TOP CAT AIR TOOLS

DATED: Sept 22, 2014

RUVALCABA | ROMERO

SANDRA ROMERO
Attorneys for Plaintiffs
JOCELINE BELZABEC GALVAN REYES ET. AL.

DATED: Oct 7, 2014

LAW OFFICES OF FERNANDO F. CHAVEZ

FERNANDO F. CHAVEZ
Attorneys for Plaintiffs
IDALIA LOPEZ ET. AL.

ORDER

IT IS SO ORDERED.

DATED: ________, 2014

U.S. DISTRICT COURT JUDGE

DATED: ______________, 2014

ARCHER NORRIS

______________________
WILLIAM STAPLES
Attorneys for Defendant
UNITED ABRASIVES, INC.

DATED: 9/22, 2014

ERICKSEN ARBUTHNOT

______________________
VON RYAN REYES
NATHANIEL R. LUCEY
Attorneys for Defendant
T.C. SERVICE COMPANY, INC DBA
TOP CAT AIR TOOLS

DATED: Sept 22, 2014

RUVALCABA | ROMERO

______________________
SANDRA ROMERO
Attorneys for Plaintiffs
JOCELINE BETZABEC GALVAN REYES
ET. AL.

DATED: ______________, 2014

LAW OFFICES OF FERNANDO F. CHAVEZ

______________________
FERNANDO F. CHAVEZ
Attorneys for Plaintiffs
IDALIA LOPEZ ET. AL.

**ORDER**

**IT IS SO ORDERED.**

DATED: ______________, 2014

______________________
U.S. DISTRICT COURT JUDGE

Stip re
Amend to Comp.

**PROOF OF SERVICE**
**IDALIA LOPEZ, ET AL. V. UNITED ABRASIVES, ET AL.**
**United States District Court Northern District of California, San Francisco Case Number 14-cv-02780-EMC**

I am employed in the County of Ventura, State of California. My business address is 1082 E. Meta St., Ventura, CA 93001. I am over the age of 18 years and I am not a party to the action.

On October 7, 2014, I served the following document(s) entitled: AUTHORIZATION OF ATTORNEY FERNANDO CHAVEZ AT CASE MANAGEMENT CONFERENCE.

_______ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as below, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Ventura, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__x__ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

I sent the foregoing documents to the following:

| | |
|---|---|
| Nathaniel R. Lucey, Esq. [SBN 260796]<br>ERICKSEN ARBUTHNOT<br>152 North Third Street, Suite 700<br>San Jose, CA 95112<br>[nlucey@ericksenarbuthnot.com] | Attorney for defendant Top Cat Air Tools |
| William H. Staples<br>ARCHERNORRIS<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596<br>wstaples@archernorris.com | Attorney for defendant United Abrasives, Inc. |
| Fernando F. Chavez, Esq.<br>Law Offices of Fernando Chavez<br>1530 The Alameda #301<br>San Jose, CA 95126<br>ffchavez1530@gmail.com | Attorney for plaintiffs Idalia Lopez, et al. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 7, 2014 at Ventura, California.

Elena Ruvalcaba