Von Ryan Reyes, Esq. [SBN 205186]
Steve W. Dollar, Esq. [SBN 104365]
Nathaniel R. Lucey, Esq. [SBN 260796]
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
T.C. SERVICE COMPANY, INC. DBA TOP CAT AIR TOOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IDALIA LOPEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED ABRASIVES, INC, et al. <br><br> Defendants. <br><br> ESTATE OF ARIEL MUNOZ GARCIA, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> TOP CAT AIR TOOLS, et al. <br><br> Defendants. | Case Number 14-cv-02780-EMC <br><br> (Consolidated case: C14-2840 EMC) <br><br> DISMISSAL OF ALL CLAIMS BY PLAINTIFF IDALIA LOPEZ |

Plaintiff IDALIA LOPEZ hereby dismisses with prejudice all her legal and equitable claims, known and unknown, arising or related to the death of Decedent ARIEL MUNOZ GARCIA against all Defendants. Plaintiff IDALIA LOPEZ shall still serve as guardian ad litem for Plaintiffs BRIAN LOPEZ and GENESIS LOPEZ whose claims shall not be dismissed by this order.

DATED: 2-9, 2015

LAW OFFICES OF FERNANDO F. CHAVEZ

FERNANDO F. CHAVEZ
Attorneys for Plaintiffs
IDALIA LOPEZ ET AL.

## ORDER

IT IS SO ORDERED.

DATED: 2/12/15

**DENIED WITHOUT PREJUDICE**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA