Von Ryan Reyes, Esq. [SBN 205186]
Steve W. Dollar, Esq. [SBN 104365]
Nathaniel R. Lucey, Esq. [SBN 260796]
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
T.C. SERVICE COMPANY, INC. DBA TOP CAT AIR TOOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IDALIA LOPEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED ABRASIVES, INC, et al. <br><br> Defendants. <br> _____ / <br> ESTATE OF ARIEL MUNOZ GARCIA, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> TOP CAT AIR TOOLS, et al. <br><br> Defendants. | Case Number 14-cv-02780-EMC <br><br> (Consolidated case: C14-2840 EMC) <br><br> STIPULATION OF COUNSEL TO DISMISSAL OF ALL CLAIMS BY PLAINTIFF IDALIA LOPEZ |

COUNSEL FOR ALL  hereby stipulate as follows:

1. Plaintiff IDALIA LOPEZ hereby dismisses with prejudice all her legal and equitable claims, known and unknown, arising or related to the death of Decedent ARIEL MUNOZ GARCIA against all Defendants.

2. Plaintiff IDALIA LOPEZ shall still serve as guardian ad litem for Plaintiffs BRIAN LOPEZ and GENESIS LOPEZ whose claims shall not be dismissed by this order.

```
 1   DATED: Feb 10     , 2015        LAW OFFICES OF FERNANDO F.
                                     CHAVEZ
 2
 3                                          [signature]
 4                                   _____
                                     FERNANDO F. CHAVEZ
 5                                   Attorneys for Plaintiffs
                                     IDALIA LOPEZ ET. AL.
 6   DATED: 2/11       , 2015        ERICKSEN ARBUTHNOT
 7
 8                                          [signature]
                                     _____
 9                                   VON RYAN REYES
                                     STEVE W. DOLLAR
10                                   NATHANIEL R. LUCEY
                                     Attorneys for Defendant
11                                   T.C. SERVICE COMPANY, INC DBA
                                     TOP CAT AIR TOOLS
12   DATED: Feb 10,    , 2015        ARCHER NORRIS
13
                                            [signature]
14                                   _____
                                     WILLIAM STAPLES
15                                   Attorneys for Defendant
                                     UNITED ABRASIVES, INC.
16
17   DATED: _____ , 2014         RUVALCABA & ROMERO
18
19                                   _____
                                     SANDRA ROMERO
20                                   Attorneys for Plaintiffs
                                     JOCELINE BETZABEC GALVAN REYES
21                                   ET. AL.
22
23                                   ORDER
24   IT IS SO ORDERED.
25
26
     DATED:   2/12/15
27
28
```

**GRANTED**

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
1    DATED: _____, 2015        LAW OFFICES OF FERNANDO F.
2                                     CHAVEZ
3
4                                     _____
                                      FERNANDO F. CHAVEZ
5                                     Attorneys for Plaintiffs
                                      IDALIA LOPEZ ET. AL.
6    DATED: _____, 2014        ERICKSEN ARBUTHNOT
7
8                                     _____
                                      VON RYAN REYES
9                                     STEVE W. DOLLAR
                                      NATHANIEL R. LUCEY
10                                    Attorneys for Defendant
                                      T.C. SERVICE COMPANY, INC DBA
11                                    TOP CAT AIR TOOLS
12   DATED: Feb 10, 2014               ARCHER NORRIS
13
14                                    _____
                                      WILLIAM STAPLES
15                                    Attorneys for Defendant
                                      UNITED ABRASIVES, INC.
16
17   DATED: Feb. 10, 2015             RUVALCABA & ROMERO
18                                         Sandra Romero
19                                    _____
                                      SANDRA ROMERO
20                                    Attorneys for Plaintiffs
                                      JOCELINE BETZABEC GALVAN REYES
21                                    ET. AL.
22
                                   ORDER
23
24   IT IS SO ORDERED.
25
26
     DATED: _____             _____
27                                   U.S. DISTRICT COURT JUDGE
28
```

2

IDALIA LOPEZ DISMISSAL STIPULATION        Idalia Lopez, et al. v. United Abrasives, et al.
                                                                    14-cv-02780-EMC