RUVALCABA ROMERO
LAWYERS
1082 East Meta Street
VENTURA, CALIFORNIA 93001
TEL. (805) 233-3273
FAX. (805) 275-1061

SANDRA R. ROMERO, State Bar No. 253275

Attorneys for Plaintiffs Estate of Ariel M. Garcia, et al.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

ESTATE OF ARIEL MUNOZ GARCIA, by and through its Successors in Interest, JOCELINE BETZABEC GALVAN REYES, ARIEL ENRIQUE MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes, UZIEL ERNESTO MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes; JOCELINE BETZABEC GALVAN REYES; ARIEL ENRIQUE MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes; UZIEL ERNESTO MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes,

Plaintiffs,

vs.

TOP CAT AIR TOOLS, an Ohio Corporation; UNITED ABRASIVES, a New York Corporation, and DOES 1 through 50, inclusive,

Defendants.

Case Number 14-cv-02780-EMC

(Consolidated case: C14-2840 EMC)

**REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**

Further Case Management Conference: April 30, 2015
Time: 10:30 a.m.
Courtroom: 5

AND ALL RELATED ACTIONS.

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attorney Sandra Romero respectfully requests to appear telephonically at the Further Case Management Conference hearing scheduled for April 30, 2015 at 10:30 a.m. in Courtroom 5 before the Honorable Edward M. Chen because she recently gave birth and in unable to travel from Southern California to San Francisco but can appear at said hearing telephonically. Ms. Romero represents plaintiffs Estate of Ariel Munoz Garcia, Joceline Betzabec Galvan Reyes, Ariel Enrique Munoz Galvan and Uziel Ernesto Munoz Galvan.

DATED: April 27, 2015

RUVALCABA|ROMERO

SANDRA ROMERO
Attorneys for Plaintiffs
ESTATE OF ARIEL MUNOZ GARCIA, ET. AL.

IT IS SO ORDERED. The Court will call Ms. Romero between 10:30 and 11:30 on 4/30/15.

Edward M. Chen
U.S. District Judge



PROOF OF SERVICE
IDALIA LOPEZ, ET AL. V. UNITED ABRASIVES, ET AL.
United States District Court Northern District of California, San Francisco Case Number 14-cv-02780-EMC

I am employed in the County of Ventura, State of California. My business address is 1082 E. Meta St., Ventura, CA 93001. I am over the age of 18 years and I am not a party to the action.

On April 27, 2015, I served the following document(s) entitled: REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE.

___X___ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as below, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Ventura, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___X___ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

I sent the foregoing documents to the following:

| | |
|---|---|
| Nathaniel R. Lucey, Esq.<br>ERICKSEN ARBUTHNOT<br>152 North Third Street, Suite 700<br>San Jose, CA 95112<br>nlucey@ericksenarbuthnot.com<br>Attorneys for defendant Top Cat Air Tools | Fernando F. Chavez, Esq.<br>Law Offices of Fernando Chavez<br>1530 The Alameda #301<br>San Jose, CA 95126<br>ffchavez1530@gmail.com<br>Attorneys for plaintiffs Idalia Lopez, et al. |
| William H. Staples, Esq.<br>ARCHERNORRIS<br>2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596<br>wstaples@archernorris.com<br>Attorney for defendant United Abrasives, Inc. | Brian S. Kabateck, Esq.<br>KABATECK BROWN KELLNER, LLP<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br>bsk@kbklawyers.com<br>Attorneys for plaintiffs Idalia Lopez, et al. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 27, 2015 at Ventura, California.

Elena Ruvalcaba