RUVALCABA ROMERO
LAWYERS
1082 East Meta Street
VENTURA, CALIFORNIA 93001
TEL. (805) 233-3273
FAX. (805) 275-1061

(SPACE BELOW FOR FILING STAMP ONLY)

SANDRA R. ROMERO, State Bar No. 253275

Attorneys for Plaintiffs Estate of Ariel M. Garcia, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF ARIEL MUNOZ GARCIA, by and through its Successors in Interest, JOCELINE BETZABEC GALVAN REYES, ARIEL ENRIQUE MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes, UZIEL ERNESTO MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes; JOCELINE BETZABEC GALVAN REYES; ARIEL ENRIQUE MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes; UZIEL ERNESTO MUNOZ GALVAN, a minor by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes,<br><br>Plaintiffs,<br><br>vs.<br><br>TOP CAT AIR TOOLS, an Ohio Corporation; UNITED ABRASIVES, a New York Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Number 14-cv-02780-EMC<br><br>(Consolidated case: C14-2840 EMC)<br><br>[~~PROPOSED~~] **ORDER RE: PETITION FOR APPROVAL OF MINORS' COMPROMISE**<br><br>**(Docket No. 53)** |

1

AND ALL RELATED ACTIONS.

Petitioner Plaintiff JOCELINE BETZABEC GALVAN REYES' Petition for Approval of Minors' Compromise (Docket No. 44) was heard on September 24, 2015, before the Honorable Edward M. Chen in Department 5 of the above entitled court. Attorney Sandra R. Romero appeared on behalf of Petitioner Plaintiff JOCELINE BETZABEC GALVAN REYES, ESTATE OF ARIEL MUNOZ GARCIA, UZIEL ERNESTO MUNOZ GALVAN and ARIEL ENRIQUE MUNOZ GALVAN. Attorney Fernando F. Chavez appeared on behalf of Petitioner Idalia Lopez and Plaintiffs BRIAN LOPEZ and GENESIS LOPEZ. Attorney William H. Staples appeared on behalf of Defendant UNITED ABRASIVES. Attorney Nathaniel R. Lucey appeared on behalf of Defendant TOP CAT AIR TOOLS.

Having heard and considered all submitted pleadings, the Court approves the Petition for Minors' Compromise. The total settlement amount of $160,000 to Plaintiffs JOCELINE BETZABEC GALVAN REYES, ESTATE OF ARIEL MUNOZ GARCIA, UZIEL ERNESTO MUNOZ GALVAN and ARIEL ENRIQUE MUNOZ GALVAN is fair and reasonable. Plaintiff UZIEL will receive a gross recovery of $40,000, minus 25% in attorneys' fees, his net recovery of $30,000 will be used by the Defendants to fund future periodic payments through a structured settlement annuity contract as outlined in the attached EXHIBIT "A". Plaintiff ARIEL will receive a gross recovery of $40,000, minus 25% in attorney fees, his net recovery of $30,000 will be used by the Defendants to fund future periodic payments through a structured settlement annuity contract as outlined in the attached EXHIBIT "A". Plaintiffs JOCELINE BETZABEC GALVAN REYES and ESTATE OF ARIEL MUNOZ GARCIA will receive a collective amount of $80,000, minus attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 30, 2015

_____
HON. EDWARD M. CHEN

[PROPOSED] ORDER RE: PETITION FOR APPROVAL OF MINORS' COMPROMISE

Idalia Lopez, et al. v. United Abrasives, et al.
14-cv-02780-EMC

Case Number 14-cv-02780-EMC

(Consolidated case: C14-2840 EMC)

# EXHIBIT "A" to the
# ORDER RE: PETITION FOR APPROVAL OF MINORS' COMPROMISE

### DESCRIPTION OF PERIODIC PAYMENTS

**Benefits Provided By**
**PACIFIC LIFE INSURANCE COMPANY, rated A+XV by A.M. Best**

|  | Cost | Guaranteed Payments | Expected Payments |
|---|---|---|---|
| **Payee: Ariel Enrique Munoz Galvan** <br> *Date of Birth: November 16, 1999* | | | |
| **Guaranteed Lump Sum Payments** | | | |
| $10,000.00 guaranteed lump sum payable at age 19 (11/16/2018). | | $10,000.00 | $10,000.00 |
| $10,000.00 guaranteed lump sum payable at age 21 (11/16/2020). | | $10,000.00 | $10,000.00 |
| $12,283.00 guaranteed lump sum payable at age 23 (11/16/2022). | | $12,283.00 | $12,283.00 |
| **TOTAL for Ariel Enrique Munoz Galvan** | **$30,000.00** | **$32,283.00** | **$32,283.00** |
| **Payee: Uziel Ernesto Munoz Galvan** <br> *Date of Birth: August 27, 2001* | | | |
| **Guaranteed Lump Sum Payments** | | | |
| $10,000.00 guaranteed lump sum payable at age 18 (8/27/2019). | | $10,000.00 | $10,000.00 |
| $10,000.00 guaranteed lump sum payable at age 21 (8/27/2022). | | $10,000.00 | $10,000.00 |
| $14,395.00 guaranteed lump sum payable at age 23 (8/27/2024). | | $14,395.00 | $14,395.00 |
| **TOTAL for Uziel Ernesto Munoz Galvan** | **$30,000.00** | **$34,395.00** | **$34,395.00** |

The projected purchase date of the periodic payments is November 14, 2015.  Any delay in funding the periodic payments may result in a change of the payment dates or change in payment amounts that shall be referenced in the qualified assignment document and annuity contract without the necessity of obtaining further court approval or amending the Settlement and Release Agreement.

Assignment:  The Defendants' obligation to make the periodic payments described herein shall be assigned to Pacific Life & Annuity Services, Inc. through a Qualified Assignment and funded by an annuity contract issued by Pacific Life Insurance Company, rated A+XV by A.M. Best. To fund the periodic payments, the Defendants and/or their Insurers, Federal Insurance Company and Central Mutual Insurance Company, will each issue a check in the amount of $30,000.00 (totaling $60,000.00) payable to Pacific Life & Annuity Services, Inc. and execute the Qualified Assignment and Release Agreement.

All periodic payments listed above shall be made in United States currency, and shall be mailed to a residence address or to a United States bank, both within the U.S. borders.

September 25, 2015

