1  Fernando F. Chavez, SBN 86902
   ffchavez1530@gmail.com
2  **LAW OFFICES OF FERNANDO F. CHAVEZ**
   1530 The Alameda #301
3  San Jose, CA  95126
   Telephone: (408) 971-3903
4  Facsimile: (408) 971-0117

5
   Brian S. Kabateck, SBN 152054
6   bsk@kbklawyers.com
   Joshua H. Haffner, SBN 188652
7   jhh@kbklawyers.com
   Hrag Kouyoumjian, SBN 288684
8   hk@kbklawyers.com
   **KABATECK BROWN KELLNER, LLP**
9  644 S. Figueroa Street
   Los Angeles, CA  90017
10 Telephone: (213) 217-5000
   Facsimile: (213) 217-5010
11
12
13 Attorneys for Plaintiffs Brian Daniel Munoz
   Lopez and Genesis Issela Munoz Lopez
14

15              **UNITED STATES DISTRICT COURT**

16   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

17

18 IDALIA LOPEZ, et al.,                    Case No. 14-CV-02780 - EMC

19            Plaintiff,                    (Consolidated case: C14-2840 EMC)

20        v.                               ~~[PROPOSED]~~ **ORDER RE: PETITION**
                                           **FOR APPROVAL OF MINORS'**
21 UNITED ABRASIVES, et al.,               **COMPROMISE**

22            Defendants.

23

24

25 ///

26 ///

27 ///

28 ///

                                    1

1      Petitioner Idalia Lopez's, as Guardian ad Litem for Plaintiffs Genesis Issela Munoz

2   Lopez and Brian Daniel Munoz Lopez, Petition for Approval of Minors' Compromise was

3   heard on September 24, 2015, before the Honorable Edward M. Chen in Department 5 of the

4   above captioned court. Attorney Fernando F. Chavez appeared on behalf of Petitioner Idalia

5   Lopez, Guardian ad Litem for Plaintiffs GENESIS ISSELA MUNOZ LOPEZ and BRIAN

6   DANIEL MUNOZ LOPEZ. Attorney Sandra Romero appeared on behalf of Petitioner

7   Plaintiff JOCELINE BETZABEC GALVAN REYES, ESTATE OF ARIEL MUNOZ

8   GARCIA, UZIEL ERNESTO MUNOZ GALVAN and ARIEL ENRIQUE MUNOZ

9   GALVAN. Attorney William H. Staples appeared on behalf of Defendant UNITED

10  ABRASIVES. Attorney Nathaniel R. Lucey appeared on behalf of Defendant TOP CAT AIR

11  TOOLS.

12     Having heard and considered all submitted pleadings and supplemental documents,

13  the Court approves the Petition for Minors' Compromise. The total settlement amount of

14  $240,000.00 total, or $120,000.00 each, to Plaintiffs GENESIS ISSELA MUNOZ LOPEZ

15  and BRIAN DANIEL MUNOZ LOPEZ is fair and reasonable. Plaintiffs will receive a gross

16  recovery of $240,000.00, minus 31% in attorneys' fees and costs of litigation amounting to

17  $9,061.38. The balance of the proceeds of the recovery remaining for the Plaintiffs after

18  payment of the requested fees and expenses is $156,538.62 or $78,269.31 to Plaintiff

19  BRIAN and $78,269.31 to Plaintiff GENESIS.

20     For Plaintiff BRIAN, of the $78,269.31 of total recovery, $44,318.64 will be used to

21  purchase an annuity (which includes the $375.00 annuity fee) that will yield $400.00 per

22  month to Petitioner IDALIA LOPEZ for support of minor child (Exhibit A), $22,000.00 to

23  be placed in a blocked account pending the Courts approval for any withdrawal or until age

24  18, and the remaining $11,950.67 will be paid to Petitioner IDALIA LOPEZ for the current

25  expenses of minor Plaintiff BRIAN.

26     For Plaintiff GENESIS, of the $78,269.31 of total recovery, $53,219.98 will be used

27  to purchase an annuity (which includes the $375.00 annuity fee) that will yield $400.00 per

28  month to Petitioner IDALIA LOPEZ for support of minor child (Exhibit A), $22,000.00 to

[PROPOSED] ORDER RE PETITION FOR APPROVAL OF MINORS' COMPROMISE
CASE NO: 14-CV-02780-EMC

be placed in a blocked account pending the Courts approval for any withdrawal or until age 18, and the remaining $3,049.33 will be paid to Petitioner IDALIA LOPEZ for the current expenses of minor Plaintiff GENESIS.

**IT IS SO ORDERED**

Dated: 10/6/15 _____    _____
                                          Hon. Edward M. Chen
                                          U.S. District Court Judge

[PROPOSED] ORDER RE PETITION FOR APPROVAL OF MINORS' COMPROMISE
CASE NO: 14-CV-02780-EMC

# EXHIBIT A

Case 3:14-cv-02780-EMC Document 57-1 Filed 10/06/15 Page 4 of 5

# MetLife®

**Settlement Planners, Inc**
8841 Williamson Dr, Ste
Elk Grove, California 95624
(916)714-7200

## Settlement Proposal for: Munoz Lopez

| | | |
|---|---|---|
| Owner State : | Delaware  (0.00% tax) | Quote Date: 08/21/2015 |
| Rate Series: | RB150804 | Purchase Date: 10/01/2015 |
| Rates Effective: | 08/04/2015 | Expiration Date: 08/28/2015 |
| Case Type: | Assigned | |

### For : Brian  Munoz Lopez — Male, Date of Birth: 07/11/2007, Age: 8

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| Period Certain Annuity - $400.00 payable monthly, guaranteed for 9 year(s) and 9 month(s), beginning on 11/01/2015, with the last guaranteed payment on 07/01/2025. | $46,800.00 | $46,800.00 | $43,943.64 |
| Subtotal For: Brian  Munoz Lopez ..................... | $46,800.00 | $46,800.00 | $43,943.64 |

### For : Genesis  Munoz Lopez — Female, Date of Birth: 01/23/2010, Age: 6

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| Period Certain Annuity - $400.00 payable monthly, guaranteed for 12 year(s) and 3 month(s), beginning on 11/01/2015, with the last guaranteed payment on 01/01/2028. | $58,800.00 | $58,800.00 | $52,844.98 |
| Subtotal For: Genesis  Munoz Lopez ................ | $58,800.00 | $58,800.00 | $52,844.98 |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost | Equiv. Cash @ 4.000% | IRR |
|---|---|---|---|---|---|
| ANNUITY COST............................................. | | | $96,788.62 | | |
| Assignment Fee ...................................... | | | $750.00 | | |
| TOTAL ANNUITY COST W/ FEES ............... | $105,600 | $105,600 | $97,538.62 | $85,435 | 1.44% |

Case IRR 1.44%
The *Taxable Equivalent Yield* for the total case is 2.01% based on the above IRR and a marginal tax rate of 28.00%.

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated.  The life expectancy is based on standard actuarial assumptions.*

Quote ID: Munoz Lopez
Prepared by: Richard L. Bishop

Aug 21, 2015
Page 1 of 1

Settlement Planners, Inc
MetLife Version v5.10