RUVALCABA ROMERO
LAWYERS
1082 East Meta Street
VENTURA, CALIFORNIA 93001
TEL. (805) 233-3273
FAX. (805) 275-1061

(SPACE BELOW FOR FILING STAMP ONLY)

SANDRA R. ROMERO, State Bar No. 253275

Attorney for Plaintiffs Estate of Ariel M. Garcia, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IDALIA LOPEZ, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED ABRASIVES, INC, et al.<br><br>    Defendants. | Case Number 14-cv-02780-EMC<br>(Consolidated case: C14-2840 EMC)<br><br><br>**STIPULATION FOR DISMISSAL OF ACTION** |
| ESTATE OF ARIEL MUNOZ GARCIA, et. al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOP CAT AIR TOOLS, et al.<br><br>    Defendants. | |

Pursuant to Federal Rule 41(a)(ii) Plaintiffs Estate of Ariel Munoz Garcia, Joceline Betzabec Galvan Reyes, Ariel Enrique Munoz Galvan, by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes, Uziel Ernesto Munoz Galvan, by and through his Guardian ad Litem, Joceline Betzabec Galvan Reyes ("Plaintiffs"), defendant United Abrasives, Inc., and defendant Top Cat Air Tools and/or T.C. Service Company (collectively referred to as "Defendants") hereby stipulate as follows:

1

STIPULATION FOR DISMISSAL OF ACTION

Idalia Lopez, et al. v. United Abrasives, et al.
Estate of Ariel Munoz Garcia, et al. v. United Abrasives, et al.
14-cv-02780-EMC

1

**WHEREAS** Plaintiffs voluntarily dismiss this action against Defendants with

2 prejudice.

3

**WHEREAS** Plaintiffs and Defendants agree to bear their own attorneys fees and

4 costs.

5

**IT IS STIPULATED** by and between Plaintiffs and Defendants that Plaintiffs

6 action against Defendants be dismissed without a court order.

7

8 DATED: November 2, 2015            **RUVALCABA|ROMERO**

9                                                         By:_____

10                                                             Sandra Romero
                                                                    Attorneys for Plaintiffs
11

12 DATED: November 2, 2015            **ERICKSEN ARBUTHNOT**

13

14                                                         By:_____

15                                                             Nathaniel R. Lucey
                                                                    Attorneys for Defendant T.C Service
16                                                             Company, Inc. and/or Top Cat Air Tools

17 DATED: November 2, 2015            **ARCHER NORRIS**

18

19                                                         By:_____

20                                                             William H. Staples
                                                                    Attorneys for Defendant United Abrasives,
21                                                             Inc

22

23

24

25

26

27

28

2

STIPULATION FOR DISMISSAL OF ACTION

Idalia Lopez, et al. v. United Abrasives, et al.
Estate of Ariel Munoz Garcia, et al. v. United Abrasives, et al.
14-cv-02780-EMC

**WHEREAS** Plaintiffs voluntarily dismiss this action against Defendants with prejudice.

**WHEREAS** Plaintiffs and Defendants agree to bear their own attorneys fees and costs.

**IT IS STIPULATED** by and between Plaintiffs and Defendants that Plaintiffs action against Defendants be dismissed without a court order.

DATED: November 2, 2015          **RUVALCABA|ROMERO**

By:_____
    Sandra Romero
    Attorneys for Plaintiffs

DATED: November 2, 2015          **ERICKSEN ARBUTHNOT**

By:_____
    Nathaniel R. Lucey
    Attorneys for Defendant T.C Service
    Company, Inc. and/or Top Cat Air Tools

DATED: November 2, 2015          **ARCHER NORRIS**

By:_____
    William H. Staples
    Attorneys for Defendant United Abrasives, Inc

IT IS SO ORDERED:

_____
Edward M. Chen
U.S.

IT IS SO ORDERED
Judge Edward M. Chen

2

STIPULATION FOR DISMISSAL OF ACTION

Idalia Lopez, et al. v. United Abrasives, et al.
Estate of Ariel Munoz Garcia, et al. v. United Abrasives, et al.
14-cv-02780-EMC