Fernando F. Chavez, SBN 86902
ffchavez1530@gmail.com
**LAW OFFICES OF FERNANDO F. CHAVEZ**
1530 The Alameda #301
San Jose, CA  95126
Telephone: (408) 971-3903
Facsimile: (408) 971-0117

Brian S. Kabateck, SBN 152054
 bsk@kbklawyers.com
Joshua H. Haffner, SBN 188652
 jhh@kbklawyers.com
Hrag Kouyoumjian, SBN 288684
 hk@kbklawyers.com
**KABATECK BROWN KELLNER, LLP**
644 S. Figueroa Street
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs Brian Daniel Munoz
Lopez and Genesis Issela Munoz Lopez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IDALIA LOPEZ, et al., | Case No. 14-CV-02780 - EMC |
| Plaintiff, | (Consolidated case: C14-2840 EMC) |
| v. | |
| UNITED ABRASIVES, et al., | **NOTICE OF VOLUNTARY DISMISSSAL OF DEFENDANT TOP CAT AIR TOOLS** |
| Defendants. | |

///

///

///

///

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs Brian Daniel Munoz Lopez and Genesis Issela Munoz Lopez by and through their Guardian Ad Litem Idalia Lopez, voluntarily dismiss this lawsuit against Defendant Top Cat Air Tools and/or T.C. Service Company pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

DATED:  December 2, 2015        **LAW OFFICES OF FERNANDO F. CHAVEZ**

                                               **KABATECK BROWN KELLNER LLP**

By:     /s/ Joshua H. Haffner
     Fernando F. Chavez
     Joshua Haffner
     Hrag Kouyoumjian
     Attorneys for Plaintiffs Brian Daniel Munoz Lopez and Genesis Issela Munoz Lopez

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge


GRANTED — Judge Edward M. Chen