Fernando F. Chavez, SBN 86902
ffchavez1530@gmail.com
**LAW OFFICES OF FERNANDO F. CHAVEZ**
1530 The Alameda #301
San Jose, CA  95126
Telephone: (408) 971-3903
Facsimile: (408) 971-0117

Brian S. Kabateck, SBN 152054
 bsk@kbklawyers.com
Joshua H. Haffner, SBN 188652
 jhh@kbklawyers.com
Hrag Kouyoumjian, SBN 288684
 hk@kbklawyers.com
**KABATECK BROWN KELLNER, LLP**
644 S. Figueroa Street
Los Angeles, CA  90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiffs Brian Daniel Munoz Lopez and Genesis Issela Munoz Lopez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IDALIA LOPEZ, et al.,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED ABRASIVES, et al.,<br><br>         Defendants. | Case No. 14-CV-02780 - EMC<br><br>(Consolidated case: C14-2840 EMC)<br><br>**NOTICE OF VOLUNTARY DISMISSSAL OF DEFENDANT UNITED ABRASIVES, INC.** |

///

///

///

///

1
NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs Brian Daniel Munoz Lopez and Genesis Issela Munoz Lopez by and through their Guardian Ad Litem Idalia Lopez, voluntarily dismiss this lawsuit against Defendant United Abrasives, Inc. pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

DATED:  December 2, 2015            **LAW OFFICES OF FERNANDO F. CHAVEZ**

                                               **KABATECK BROWN KELLNER LLP**

By: /S/ Joshua H. Haffner
Fernando F. Chavez
Joshua Haffner
Hrag Kouyoumjian
Attorneys for Plaintiffs Brian Daniel Munoz Lopez and Genesis Issela Munoz Lopez

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District



IT IS SO ORDERED
Judge Edward M. Chen